

44151

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Homer Garrison, Jr., Director
Department of Public Safety
Camp Mabry
Austin, Texas

Dear Sir:

Opinion No. O-3592
Re: Permissible length of semi-
trailer under Article 827a,
V. T. P. S., Section 3c.

We are in receipt of your recent request for our
opinion upon the following question:

"Is it lawful to operate upon the public
highways of this State a semi-trailer that by
actual measurements exceeds thirty five feet
in length, but when attached to a truck-tractor
the distance from back axle of truck tractor to
back end of semi-trailer is less than thirty
five feet, the combined length of combination
vehicle being less than forty five feet?"

Section 3c of Article 827a, Vernon's Texas Penal
Statutes, provides:

"No motor vehicle, commercial motor vehicle,
truck-tractor, trailer, or semi-trailer shall
exceed a length of thirty-five (35) feet, and
no combination of such vehicles coupled togeth-
er shall exceed a total length of forty-five
(45) feet, unless such vehicle or combination
of vehicles is operated exclusively within the
limits of an incorporated city or town."

Section 3 of the recent Act of the Legislature
increasing the load limit, House Bill No. 19, Acts Forty-
seventh Legislature, Regular Session, provides:

"Nothing in this Act shall be construed
as authorizing an increase in the size or dimen-
sions of commercial motor vehicles as provided
in the present law."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT


4⌀2

Section 3c of the above-quoted Article 827a, Vernon's Texas Penal Statutes, specifically provides that "No . . . semi-trailer shall exceed a length of thirty-five feet." It follows that any semi-trailer which by actual measurement exceeds thirty-five feet in length, cannot be lawfully operated upon the public highways of this State. The statute clearly contemplates that in determining the length of a unit in a combination, each particular unit must be considered separately; as for example, in determining the length of a semi-trailer, the measurement would be the over-all length of such semi-trailer and not from the back wheels of a truck-tractor to which it might be attached or from the king pin of the semi-trailer. The location of the king pin or pivot point on the semi-trailer might affect the over-all length of the combination but not the unit.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _____
Cecil C. Cammack
Assistant

CCC:LM

APPROVED JUN 30, 1941

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN